IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE SIBRIAN MENJIVAR; HAYDEE SIBRIAN; MARVIN SIBRIAN; DEIBI SIBRIAN; KENNY SIBRIAN; and BRYAN SIBRIAN,<br><br>     Plaintiffs,<br><br>  vs.<br><br>JEH JOHNSON, Secretary of the Department of Homeland Security, in his official capacity as head of the Department of Homeland Security; LEON RODRIGUEZ, Director, United States Citizenship and Immigration Services, in his official capacity as head of the United States Citizenship and Immigration Services; and WILLIAM CONNOR, Omaha Field Office Director, United States Citizenship and Immigration Services, in his official capacity as head of the United States Citizenship and Immigration Services Nebraska Field Office,<br><br>     Defendants. | 8:15CV139<br><br>ORDER |

  This matter is before the court on the parties' Rule 41 Stipulation of Dismissal (Filing No. 23). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

  **IT IS ORDERED** that the parties' joint stipulation (Filing No. 23) is granted and this case is dismissed without prejudice, each party to bear its own costs.

  Dated this 10th day of August, 2015.

                BY THE COURT:

                 s/ Thomas D. Thalken
                United States Magistrate Judge